IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO GARCIA PADILLA,** | 1:08-cv-00682-OWW-TAG HC |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **WARDEN OF AVENAL STATE PRISON,** | **(Doc. 12)** |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 16, 2008, Respondent filed the instant motion requesting an extension of time to file an answer to the petition. (Doc. 12). As grounds therefore, Respondent's counsel contends that he has requested documents relevant to Petitioner's claims, including State court and other records, and that not all of the documents have been received and reviewed. The Court has read and considered Respondent's motion, finds that good cause exists to grant it, and makes the following orders:

 1. Respondent's motion for an extension of time to file an answer (Doc. 12), is GRANTED; and

 2. Respondent shall have to and including November 17, 2008 to file an answer to the petition.

IT IS SO ORDERED.

Dated:   **October 16, 2008**                                     **/s/ Theresa A. Goldner**
                                                                  UNITED STATES MAGISTRATE JUDGE