FILED

MAY 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Mario GARCIA Padilla,<br><br>    Petitioner,<br><br>            v<br><br>James D HARTLEY, Acting Warden of Avenal State Prison,<br><br>    Respondent. | Case No 1-8-cv-682-VRW-HC<br><br>ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY |

       The court denied the petition for a writ of habeas corpus in the above-captioned matter and issued judgment in favor of respondent. Petitioner has filed a "notice of appeal," which the court construes as an application for a certificate of appealability.

       "[A]n appeal may not be taken to the court of appeals from" the denial of a habeas petition unless a certificate of appealability is issued." 28 U.S.C. § 2253(c)(1) (2009). A certificate of appealability may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right," id. § 2253(c)(2); the certificate "shall indicate which

specific issue or issues satisfy [this] showing," id. §
2254(c)(3).

For the reasons stated in the court's prior order denying the petition, Petitioner has not made any showing of the denial of a constitutional right, much less the substantial showing required for the issuance of a certificate of appealability. Accordingly, and good cause appearing therefor, Petitioner's application for a certificate of appealability is denied.

It is so ordered.

VAUGHN R WALKER
United States District Chief Judge